UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROLANDO JACK, | No. C-12-02459 (DMR) |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING HEARING DATE ON MOTION TO DISMISS** |
| v. | |
| LORETTA JACK, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for August 15, 2012 has been CONTINUED to **September 13, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The court will concurrently conduct a hearing on Defendant's Motion to Dismiss, [Docket No. 10]. The Case Management Statement is due no later than **September6, 2012.** Plaintiff's opposition or statement of non-opposition to Defendant's motion is due no later than August 6, 2012. Defendant's reply is due no later than August 13, 2012.

The court further ORDERS Defendant to submit to the Court a consent or declination form to the undersigned's jurisdiction no later than **August 9, 2012**. If Defendant fails to make a filing, the case will automatically be reassigned to a District Judge.

Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: July 31, 2012



DONNA M. RYU
United States Magistrate Judge