UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ROLANDO JACK,   No. C 12-02459 DMR

    Plaintiff(s),   **ORDER**

  v.

LORETTA JACK,

    Defendant(s).
_____/

    The court hereby ORDERS Plaintiff to file proof of service with the Court demonstrating that he served his opposition brief, [Docket No. 15], to Defendant's Motion to Dismiss, [Docket No. 10], no later than August 16, 2012.

    The court notes that Plaintiff filed a Notice of Pendency of Other Action on May 15, 2012. [Docket No. 4.]  However, the notice does not provide the name or case number for the other action. The court therefore ORDERS Plaintiff to file a corrected notice by no later than August 16, 2012.

    Upon receipt of this order, Plaintiff shall serve it upon Defendant and file proof of service with the Court.

    IT IS SO ORDERED.

Dated: August 15, 2012



DONNA M. RYU
United States Magistrate Judge