UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROLANDO JACK, | No. C 12-02459 DMR |
| Plaintiff(s), | **ORDER RE FILINGS** |
| v. | |
| LORETTA JACK, | |
| Defendant(s). | |

The court hereby ORDERS that Plaintiff file with the Court by no later than August 17, 2012 a full copy of the following documents from *In re Convervatorship of Raymond Jack Sr.*, No. PCN-11-294489 (Cal. Super. Ct. filed Apr. 8, 2011):

1. The July 21, 2011 Amended Petition for Appointment of Probate Conservator of the Person/Estate; and

2. The May 9, 2012 Order Denying Petition for Appointment of Probate Conservator of Person and Estate of Raymond Jack, Sr.

The court further notes that there is no record in the docket that Plaintiff has served Defendant with the Complaint, [Docket No. 1], Plaintiff's consent to the undersigned's jurisdiction, [Docket Nos. 8, 9], and Plaintiff's August 15, 2012 letter to the court, [Docket No. 18]. The court ORDERS Plaintiff to promptly file proofs of service for these documents with the Court.

Upon receipt of this order, Plaintiff shall serve Defendant with a copy and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: August 16, 2012

DONNA M. RYU
United States Magistrate Judge