UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ROLANDO JACK,   No. C 12-02459 DMR

    Plaintiff(s),   **ORDER**

  v.

LORETTA JACK,

    Defendant(s).
_____/

    The court hereby orders Plaintiff to file with the Court by August 23, 2012 the trust agreement(s) governing the Raymond Jack Living Trust, as established between Raymond Jack, Sr., Joseph Rolando Jack, and Raymond Jack, Jr. If Plaintiff believes that the agreement(s) contains information that should not be publically disclosed, he should concurrently file an administrative motion to file the document under seal and move for a protective order in accordance with the Court rules.

    Upon receipt of this order, Plaintiff shall serve Defendant with a copy and file proof of service with the Court.

    IT IS SO ORDERED.

Dated: August 17, 2012

_____
DONNA M. RYU
United States Magistrate Judge