UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ROLANDO JACK,

        Plaintiff(s),

  v.

LORETTA JACK,

        Defendant(s).
_____/

No. C 12-02459 DMR

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

The court is in receipt of Plaintiff's letter of October 2, 2012, in which Plaintiff's counsel requests an additional week to file an amended complaint due to illness. [Docket No. 40.] The court grants Plaintiff's request and orders that Plaintiff file his amended complaint by October 11, 2012.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
DONNA M. RYU
United States Magistrate Judge