United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ROLANDO JACK,

          Plaintiff(s),

   v.

LORETTA JACK,

          Defendant(s).
_____/

No. C 12-02459 DMR

**ORDER TO FILE CASE MANGEMENT STATEMENT; ORDER TO SHOW CAUSE**

    Pursuant to court order, Plaintiff should have filed a case management statement for the November 28, 2012 case management conference no later than November 21, 2012. [Docket No. 37.] Plaintiff made no filing. The court therefore ORDERS Plaintiff to submit a case management statement no later than 10:00 a.m. on November 28, 2012.

    The court further ORDERS Plaintiff to SHOW CAUSE as to why the court should not sanction him for failing to timely file his case management statement. *See* N.D. Cal. Civ. L.R. 16-9(a). Plaintiff shall file a response by December 4, 2012.

    IT IS SO ORDERED.

Dated: November 27, 2012



DONNA M. RYU
United States Magistrate Judge