GARY R. LIEBERMAN, CSB #71684
Law Offices of Gary R. Lieberman, LLP
1615 Hill Road, Suite 1
Novato, California 94947
Telephone: (415) 897-2226
Facsimile: (415) 897-3335

Attorney(s) for Defendant
Loretta Jack

FILED
DEC - 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROLANDO JACK,<br>       Plaintiff<br><br>v.<br><br>LORETTA JACK,<br>       Defendant | No. 12-cv-02459-DMR<br><br>Action Filed: May 15, 2012<br><br>REQUEST TO SUBSTITUTE AS COUNSEL AND NOTICE OF APPEARANCE OF GARY R. LIEBERMAN FOR DEFENDANT LORETTA JACK |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    I, GARY R. LIEBERMAN, of The Law Offices of Gary R. Lieberman, LLP, hereby enter my appearance as and request to substitute as counsel for Defendant LORETTA JACK in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District Court of California. My address and telephone number are as follows:

Law Offices of Gary R. Lieberman, LLP
1615 Hill Road, Suite 1
Novato, CA 94947
Telephone: 415/897-2226
Facsimile: 415/897-3335

Please serve said counsel with all pleadings and notices in this action.

REQUEST FOR SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE OF GARY R. LIEBERMAN - 1

Dated: 12-4-12

Respectfully,

/s/ 
GARY R. LIEBERMAN
Attorney for Defendant LORETTA JACK

REQUEST FOR SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE OF GARY R. LIEBERMAN - 2

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Joseph Rolando Jack

Plaintiff(s),

V.

Loretta Jack

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:12-cv-02459-DMR

Notice is hereby given that, subject to approval by the court, __Loretta Jack__ substitutes (Party (s) Name)

__Gary R. Lieberman__, State Bar No. __71684__ as counsel of record in
(Name of New Attorney)

place of __Loretta Jack__

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Gary R. Lieberman, LLP

Address: 1615 Hill Road, Suite 1, Novato, CA 94947

Telephone: (415) 897-2226   Facsimile (415) 897-3335

E-Mail (Optional): glieberman@calivingtrust.com

I consent to the above substitution.

Date: 11-30-2012

*Loretta Jack*
(Signature of Party (s))

I consent to being substituted.

Date: 11-30-2012

*Loretta Jack*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11-30-2012

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 5, 2012

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]